562 U.S. 1170, 131 S. Ct. 958, 178 L. Ed. 2d 806, 2011 U.S. LEXIS 238, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 381 Fed. Appx. 864.

**No. 10-7723. Sean Peters, Petitioner v. United States.**

562 U.S. 1159, 131 S. Ct. 962, 178 L. Ed. 2d 806, 2011 U.S. LEXIS 85.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 665.